IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00521–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE REYES CARRILLO-DIAZ,

      Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **February 13, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is January 13, 2006.  All responses shall be filed by January 20, 2006.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 10:45 o'clock a.m. on Friday, **February 3, 2006**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, February 1, 2006.

Dated: December 13, 2005